# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE,         )
                                     )
      v.                     )        ID No. 2205004817
                                     )
KENNA MASK,               )
                                     )
     Defendant.           )

## ORDER

This 9th day of May, 2023, upon consideration of Defendant, Kenna Mask's ("Defendant") *pro se* Motion for Modification of Sentence ("Motion"),[1] Defendant's prior record, and the sentence imposed upon Defendant, it appears to the Court that:

1. On December 30, 2022, Defendant pled guilty to Carrying a Concealed Deadly Weapon and Reckless Endangering in the First Degree.[2]

2. On January 25, 2023, the Court imposed a combined sentence of 13 years at Level V, suspended after 18 months for 12 months at Level II probation. The sentence was effective as of May 10, 2022.[3]

3. On February 6, 2023, Defendant filed the instant Motion seeking to modify the remainder of her Level V sentence to "Level III/Work Release" so that she may continue her education and help underserved communities in Delaware.[4]

---

[1] D.I. 7 ("Def.'s Mot.").
[2] D.I. 5.
[3] D.I. 6.
[4] Def.'s Mot. at 2.

4. The sentence in this case was imposed pursuant to a Plea Agreement between the State and Defendant and signed by Defendant. Pursuant to Criminal Procedural Rule 11(c)(1), the Court addressed Defendant personally and in open court and determined that Defendant understood the nature of the charge to which the plea was offered. Accordingly, Defendant acknowledged that the range of possible penalties included the sentence that was imposed by the Court in this case.

5. In crafting its sentence, the Court considered the nature of the crimes committed, Defendant's criminal history, and the mitigating factors presented by Defendant's counsel, such as Defendant's educational and occupational history. The Court concludes that Defendant's sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court that would warrant a reduction or modification of this sentence.

For the foregoing reasons, Defendant's Motion for Modification of Sentence is hereby **DENIED**.

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

Cc:  Kenna Mask (SBI #00978887), HDPWTF, New Castle, DE
Monil Amin, Esq., DAG, Department of Justice, Wilmington, DE

2